CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
OCEAN BULK SHIPPING LLC
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OCEAN BULK SHIPPING LLC,

      Plaintiff,

      08 CV 7075 (JGK)

  v.

      STATEMENT PURSUANT
INTER OCEAN SHIP REPAIRS LLC,    TO RULE 7.1

      Defendant.
------------------------------------------------------------X

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, OCEAN BULK SHIPPING LLC, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
   August 8, 2008

           CHALOS, O'CONNOR & DUFFY, LLP
           Attorneys for Plaintiff,
           OCEAN BULK SHIPPING LLC,

     By: _____
           George E. Murray (GM-4172)
           Owen F. Duffy (OD-3144)
           366 Main Street
           Port Washington, New York 11050
           Tel: (516) 767-3600
           Fax: (516) 767-3605