USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN BULK SHIPPING LLC,

    Plaintiff,

-v-

INTER OCEAN SHIP REPAIRS LLC,

    Defendant.

No. 08 Civ. 7075 (JGK)
EX PARTE ORDER APPOINTING A
SPECIAL PROCESS SERVER

RICHARD J. SULLIVAN, District Judge:

    WHEREAS on August 8, 2008, plaintiff Ocean Bulk Shipping LLC filed a Verified Complaint herein for damages amounting to $988,700.36, inclusive of interest, costs, and attorneys' fees, and praying for the issuance of an ex parte order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

    WHEREAS on August 11, 2008, this Court issued an Ex Parte Order for Process of Maritime Attachment and Garnishment; and

    WHEREAS Plaintiff has made an application for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure; and

    WHEREAS the Court has reviewed the Affidavit submitted by George E. Murray, Esq., in support of the application; IT IS HEREBY

    ORDERED that any associate, paralegal or agent of Chalos, O'Connor & Duffy LLP, are hereby appointed, provided that they are over 18 years of age and not a party to this action, in addition to the United States Marshal, to serve the Order for Process of Maritime Attachment and Garnishment and Verified Complaint upon any garnishee(s) within this district upon whom a

copy of the Order may be served, and who, based upon information developed subsequent hereto by the plaintiff, may hold assets for or on account of the defendants; and,

IT IS FURTHER ORDERED that service on any garnishee as described above is deemed effective for the length of time and to the extent that the garnishee's written rules or policies so provide.

SO ORDERED.

Dated:   August 11, 2008
         New York, New York

_____
RICHARD J. SULLIVAN (PART I)
UNITED STATES DISTRICT JUDGE