UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OCEAN BULK SHIPPING, LLC.,
                        Plaintiff(s),

      -against-

INTER-OCEAN SHIP REPAIRS, LLC.,
                        Defendant(s).
------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

08 civ 7075 (JGK)

To All Parties,

You are directed to appear for a pretrial conference, to be held on **Monday, October 20, 2008 at 4:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
Courtroom Case Manager

Dated: New York, New York
         September 4, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008